UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| MICHELLE HAYWOOD, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:14-cv-01671-RDB ) ) |
| FORD MOTOR CREDIT COMPANY LLC, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S MOTION TO COMPEL ARBITRATION AND FOR STAY PENDING ARBITRATION**

Defendant Ford Motor Credit Company LLC hereby moves pursuant to 9 U.S.C. §§ 3 and 4 to compel arbitration and stay these proceedings pending arbitration, in accordance with the arbitration agreement signed by Ms. Haywood, a true and correct copy of which is attached as Exhibit "1" to the Declaration of Wendy Smith.[1]  A supporting memorandum detailing the grounds for this motion is also filed herewith.

[signatures on following page]

---

[1] The Declaration of Wendy Smith is attached hereto as Exhibit "A."

|  |  |
|---|---|
|  | */s/ Valerie S. Sanders* |
| Scott E. Peters (Bar No. 27124) | Thomas M. Byrne (*pro hac vice*) |
| Thieblot Ryan P.A. | Valerie S. Sanders (*pro hac vice*) |
| 810 Glen Eagles Court, Suite 312 | Sutherland Asbill & Brennan LLP |
| Baltimore, Maryland  21286 | 999 Peachtree Street, NE, Suite 2300 |
| 410.837.1140 (t) | Atlanta, Georgia  30309-3996 |
| 410.296.4990 (f) | 404.853.8000 (t) |
| speters@trm-h.com | 404.853.8806 (f) |
|  | tom.byrne@sutherland.com |
|  | valerie.sanders@sutherland.com |

Attorneys for Defendant Ford Motor Credit Company LLC

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2014, I electronically filed the foregoing **Defendant Ford Motor Credit Company LLC's Motion to Compel Arbitration and for Stay Pending Arbitration** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Cory L. Zajdel
> Z LAW, LLC
> 301 Main Street, Suite 2-D
> Reisterstown, Maryland  21136
> clz@zlawmaryland.com

>> */s/ Valerie S. Sanders*
>> Valerie S. Sanders