# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| MICHELLE HAYWOOD, on her own behalf and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No.: |
| Plaintiffs, | ) | 1:14-cv-01671-RDB |
| | ) | |
| v. | ) | |
| | ) | (Removed from the Circuit Court |
| FORD MOTOR CREDIT COMPANY LLC, | ) ) | of Maryland for Baltimore City, Case No. 24-C14001714) |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF WENDY SMITH

1.      My name is Wendy Smith.  I make this declaration based on my own

personal knowledge and the business records maintained by Ford Motor Credit

Company LLC ("Ford Credit") in the regular course of business.  If called upon to

do so, I could testify competently to the matters described herein.

2.      I am employed by Ford Credit as Team Lead at the Greenville, South

Carolina Business Center.

3.      As a result of my employment, I am familiar with the business records

pertaining to Ford Credit's customer accounts.

4.      An authentic duplicate of the retail installment contract maintained by Ford Credit and associated with Plaintiff Michelle Haywood's account number (the last four digits of which are 7046) is attached hereto as Exhibit "1."

I declare under penalty of perjury that the foregoing is true and correct.

_Wendy L Smith_ Team Lead
Wendy Smith

Executed at _Mauldin City_
On June 2, 2014  _Greenville County South Carolina_

2

# EXHIBIT "1"



**1-800-727-7000**

**www.fordcredit.com**

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | SELLER/CREDITOR (Seller Name and Address) |
|---|---|
| MICHELLE RENEE HAYWOOD<br>10217 BRIGHTON RIDGE WAY<br>COLUMBIA  MD 21044 | APPLE FORD<br>8800 STANFORD BLVD<br>COLUMBIA MD 21045 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2006<br>FORD | FOCUS | 1FAFP34N26W165279 | ☐ Personal   ☐ Agricultural<br>☐ Commercial |

Trade-in 1998 FORD _____ $ 400.00 $ N/A
Year and Make | Gross Allowance | Amount Owing

### ITEMIZATION OF AMOUNT FINANCED

1. **Cash Price** .................................................................. $ 15249.00 (1)
2. **Down Payment**
   **Third Party Rebate Assigned to Creditor** ................. $ 2500.00
   **Cash Down Payment** ................................................. $ 500.00
   N/A ................................................................................. $ N/A
   **Trade-in** (description above) .................................... $ 400.00
   **Total Down Payment** ................................................ $ 3400.00 (2)
3. **Unpaid Balance of Cash Price (1 minus 2)** .................. $ 11849.00 (3)
4. **Amounts paid on your behalf** (Seller may be retaining a portion of these amounts)
   **To Public Officials**
   (i) for license, title & registration
      fees $ 247.00 ;
   (ii) for filing fees $ _____ N/A ;
   (iii) for taxes (not in Cash Price) $ 762.45      $ 1009.45
   **To Insurance Companies for:**
   **Credit Life Insurance** ............................................... $ N/A
   **Credit Disability Insurance** ...................................... $ N/A
   N/A ................................................................................. $ N/A
   N/A ................................................................................. $ N/A
   To N/A             for N/A              $ N/A
   To FORD ESP        for SERVICE CONT    $ 1595.00
   To N/A             for N/A              $ N/A
   To N/A             for N/A              $ N/A
   To SAFEGAP         for GAP INSURANCE   $ 599.00
   To N/A             for N/A              $ N/A
   **Total** .......................................................................... $ 3203.45 (4)
5. **Amount Financed (3 plus 4)** ..................................... $ 15052.45 (5)

### INSURANCE

**YOU ARE REQUIRED TO INSURE THE VEHICLE. YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE.**
**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**
**CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.**

Credit
☐ Life      N/A
Insurance Company
$ N/A
Premium          Insured(s)
You want Credit Life Insurance.

Buyer Signs

Co-Buyer Signs

Credit
☐ Disability    N/A
Insurance Company
$ N/A
Premium          Insured(s)
You want Credit Disability Insurance.

Buyer Signs

Co-Buyer Signs

OTHER OPTIONAL INSURANCE
Coverage and             Premium and
Insurance Company        Term in Months

N/A                      $              N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all scheduled payments | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of $ 3400.00 |
|---|---|---|---|---|
| 14.14 % | $ 7495.07 | $ 15052.45 | $ 22547.52 | $ 25947.52 |

| Your Payment Schedule will be: | | |
| Number of Payments | Amount of Payments | When Payments are Due |
| 72 | 313.16 | ☒Monthly ☐Semi-Annually ☐Annually starting MARCH 14, 2006 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.

**Late Payment:** You must pay a late charge on the portion of each payment received more than 15 days late. The charge is 10 percent of the late amount or $5.00, whichever is greater.

**Security Interest:** You are giving a security interest in the vehicle being purchased.

**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

| By N/A | N/A |
| --- | --- |
| N/A | $ N/A |
| By N/A | N/A |

You want the optional insurance for which premiums are included above.

Buyer Signs _____

Co-Buyer Signs _____

**Credit Life and Credit Disability insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.**

Any change in this contract must be in writing and signed by you and the Creditor.

Buyer Signs X _____

Co-Buyer Signs X _____

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

The Annual Percentage Rate may be negotiated with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

☒☒**Debt Cancellation Waiver Addendum (Optional)** If this box is checked you have purchased a debt cancellation waiver. Purchase of this coverage is optional and is not required to obtain credit. The terms and conditions of the debt cancellation waiver are set forth in the attached Addendum which is incorporated into this contract. The price for the debt cancellation waiver is set forth on this contract in the Itemization of Amount Financed under section 4.

Buyer Signs _____

## NOTICE TO THE BUYER

Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract that you sign.

The law of Maryland applies to this contract including Title 12, Subtitle 10 of the Maryland Commercial Law Article.

Buyer (and Co-Buyer) acknowledge that (i) <u>before signing this contract</u>, Buyer (and Co-Buyer) received and reviewed a true and completely filled in copy of this contract and (ii) <u>at the time of signing this contract</u>, Buyer (and Co-Buyer) received a true and completely filled in copy of this contract.

Buyer Signs X _____     Co-Buyer Signs X _____

Seller APPLE FORD _____  By X _____  Title BUS MGR

THIS CONTRACT IS NOT VALID UNTIL YOU AND SELLER SIGN IT.

## ASSIGNMENT

Seller may transfer this contract to another person. That person will then have all Seller's rights, privileges, and remedies. By signing below, the Seller assigns this contract to FORD MOTOR CREDIT _____ ("Assignee"). To contact Assignee about this contract, call 1 800 727 7000 _____, or visit their website at www.fordcredit.com.

Seller APPLE FORD _____  By X _____  Title BUS MGR

FC 17619-SI (SEPT 05) (Previous editions may NOT be used.)

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

ORIGINAL

**A. Payments:** You must make all payments in U.S. funds when they are due. You may prepay your debt at any time without penalty. This is a simple interest contract. The actual finance charge you agree to pay will depend on your payment patterns. The actual finance charge may exceed the disclosed Finance Charge if you make your payments later than the scheduled dates or in less than the scheduled amount. Your payment will be applied first to the earned and unpaid part of the Finance Charge and then to the unpaid Amount Financed. The Finance Charge is earned by applying the Annual Percentage Rate to the unpaid Amount Financed for the actual time that the unpaid Amount Financed is outstanding.

**B. Security Interest:** You give the Creditor a security interest in:
1. The vehicle and all parts or other goods put on the vehicle;
2. All money or goods received for the vehicle; and
3. All insurance premiums and service contracts financed for you.

This secures payment of all amounts you owe under this contract. It also secures your other agreements in this contract.

**C. Use of Vehicle - Warranties:** You must take care of the vehicle and obey all laws in using it. You may not sell or rent the vehicle, and you must keep it free from the claims of others. You will not use or permit the use of the vehicle outside of the United States, except for up to 30 days in Canada or Mexico, without the prior written consent of the Creditor. **If the vehicle is of a type normally used for personal use and the Creditor, or the vehicle's manufacturer, extends a written warranty or service contract covering the vehicle within 90 days from the date of this contract, you get implied warranties of merchantability and fitness for a particular purpose covering the vehicle. Otherwise, you understand and agree that there are no such implied warranties, except as otherwise provided by law.**

**D. Vehicle Insurance:** You must insure the vehicle against loss or damage from collision, fire or theft. You must name Creditor as the loss payee under the insurance policy. The Creditor must approve the type and amount of insurance. **If the vehicle is lost, damaged or destroyed, you must pay the Creditor what is still owed.**
You agree that the Creditor can make a claim under the insurance policy. You authorize the insurance company to provide Creditor any information Creditor believes necessary to make a claim. You must use insurance proceeds to repair the vehicle, unless the damage to the vehicle is considered a total loss. If the damage to the vehicle is considered a total loss, you must use the insurance proceeds to pay what you owe the Creditor. If your insurance on the vehicle doesn't pay all you owe, you must pay what is still owed.

**E. Returned Insurance Premiums and Service Contract Charges:** This contract may contain charges for insurance, service contracts, or other contracts. You agree that the Creditor can claim benefits under these contracts and unless prohibited by law, terminate them to obtain refunds of unearned charges to reduce what you owe. If the Creditor gets a refund on insurance, service contracts, or other contracts, the Creditor will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

**F. Returned Check Charge:** You agree to pay a returned check charge of $15.00 for each check, draft, or other order of payment that is dishonored on the second presentment for any reason.

**G. Default:** You will be in default if:
1. You do not make a payment when it is due; or
2. You gave false or misleading information on your credit application relating to this contract; or

**H. Repossession:** If you default, the Creditor may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this contract. Creditor may repossess (take back) the vehicle, too. Creditor may also take goods found in the vehicle when repossessed and hold them for you.

**I. Your Right to Redeem:** If the vehicle is taken back, Creditor will send you a notice. The notice will say that you may redeem (buy back) the vehicle and will explain how to redeem the vehicle. You may redeem the vehicle up to the time the Creditor sells it or agrees to sell it. If you do not redeem the vehicle, it will be sold.

**J. Disposition of Motor Vehicle:** If the vehicle is taken back and sold, the money from the sale, less allowed expenses, will be used to pay the amount still owed on the contract. Allowed expenses include those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale, and sell it. Reasonable lawyer's fees and legal costs are allowed, too. If there is any money left (surplus), it will be paid to you. If the money from the sale is not enough to pay off this contract and costs, you will pay what is still owed to the Creditor. If you do not pay the amount when the Creditor asks, the Creditor may charge you interest at the highest lawful rate until you pay.

**K. Collection Costs:** Except as otherwise provided by law, you must pay any and all expenses related to enforcing this contract, including collection expenses, lawyers' fees and other legal expenses.

**L. Consumer Reports:** You authorize the Assignee listed on the front of this contract to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this contract.

**M. Applicable Law:** You agree that this contract will be governed by the laws of the state of Maryland.

**N. General:** This contract contains the entire agreement between Creditor and you relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid. If Creditor doesn't enforce Creditor's rights every time, Creditor can still enforce them later. Creditor will exercise all of Creditor's rights in a lawful way.

## FTC NOTICES

**NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.***

**Used Motor Vehicle Buyers Guide.** If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

*Does not apply if purchased for commercial or agricultural

3. Your vehicle is seized by any local, state, or federal authority and is not promptly and unconditionally returned to you; or
4. You file a bankruptcy petition or one is filed against you; or
5. You do not keep any other promise in this contract.

If you default, Creditor can exercise Creditor's rights under this contract and Creditor's other rights under the law.

does not apply if purchased for commercial or agricultural use. In that case, you (debtor) will not assert against any assignee or subsequent holder of this Contract any claims, defenses, or setoffs which you may have against the Seller or manufacturer of the vehicle.

## GUARANTY

To cause the Seller to sell the vehicle described on the front of this contract to the Buyer on credit, each person who signs below as a "Guarantor" guarantees the payment of this contract. This means that if the Buyer fails to pay any money that is owed on this contract, each person who signs as a guarantor will pay it when asked. Each Guarantor who signs below agrees that he will be liable for the whole amount owed even if one or more other persons also signs this Guaranty. Each Guarantor also agrees to be liable even if the Creditor does one or more of the following: (a) gives the Buyer more time to pay one or more payments, or (b) gives a release in full or in part to any of the other Guarantors, or (c) releases any security. Each Guarantor also states that he has received a completed copy of this contract and this Guaranty at the time of signing.

Guarantor _____     Address _____

Guarantor _____     Address _____

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
## ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Creditor ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Such Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this clause, or arbitrability of any issue; 3) Claims between you and us, your/our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

### RIGHTS YOU AND WE AGREE TO GIVE UP
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

Rights You And We Do Not Give Up: If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the security interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; and 4) Right to request that a court of law review whether the arbitrator exceeded its authority.

Either Party must contact one of the associations listed below and the other Party to start arbitration. The applicable rules (the "Rules") may be obtained from the association.
- American Arbitration Association ("AAA"), at 1-800-778-7879, or www.adr.org;
- National Arbitration Forum, at 1-800-474-2371, or www.arb-forum.com.

If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the Federal Rules of Evidence. The arbitration decision shall be in writing with a supporting opinion. We will pay your total reasonable arbitration fees and expenses (not including attorney fees, except where applicable law otherwise provides) in excess of $125. We will pay the whole filing fee if we demand arbitration first. Any portion of this arbitration clause that is unenforceable shall be severed, and the remaining provisions shall be enforced.

FC 17619-SI (SEPT 05) (Previous editions may NOT be used.)         SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS