UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 14, 2014

MEMO TO COUNSEL RE:  Michelle Haywood v. Ford Motor Credit Co.
Civil No. JFM-14-1671

Dear Counsel:

This case has recently been assigned to me.  The purpose of this letter is to address the four pending motions.

Defendant's motion to file surreply (document 22) is granted.  Plaintiff's motion to strike surreply (document 25) is denied.  I am satisfied that the filing of the surreply is advisable because it (and the exhibits attached to it) provide important information as to whether this court has subject matter jurisdiction under the Class Action Fairness Act.  I do not believe that the issue raised in the reply memorandum filed by plaintiff was encompassed within her original opposition to the motion to remand.

Plaintiff's motion to remand (document 10) is denied.  I am fully satisfied that the jurisdictional amount required by the Class Action Fairness Act is met in this case.

Also pending is a motion to compel arbitration and for stay pending arbitration (document 18) filed by defendant.  Plaintiff has not responded to the motion.  I am not sure whether plaintiff's failure to file an opposition is due to the fact that she no basis for opposing the motion or that she awaiting ruling on the jurisdictional motion.  Therefore, if plaintiff intends to oppose the motion to compel arbitration and for stay pending arbitration, she should file an opposition on or before October 31, 2014.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge