**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

February 17, 2015

      MEMO TO COUNSEL RE:  Michelle Haywood v. Ford Motor Credit Co.
                             Civil No. JFM-14-1671

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendant's motion to compel arbitration.  In her surreply memorandum plaintiff appears to contest the accuracy of one of the facts that defendant seeks to have judicially noticed in its reply memorandum, i.e. that the American Arbitration Association would not have accepted its sufficiency claim for arbitration.  Under the circumstances I think it best to have a deposition taken of a representative of the AAA to confirm or contradict that fact.  If the fact is confirmed, I will refer the case to arbitration in light of the strong federal public policy in favor of arbitration.

      Please advise me on or before March 26, 2015 as to what the deposition discloses.  Of course, if plaintiff agrees that the AAA would not have accepted the deficiency claim for arbitration, she can so stipulate in order to keep the cost of this litigation down.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                                      Very truly yours,

                                                      /s/

                                                      J. Frederick Motz
                                                      United States District Judge