**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MICHELLE HAYWOOD          *

                                 *

                                 *

      v.                          *      Civil No. – JFM-14-1671

                                 *

FORD MOTOR CREDIT CO., LLC    *

                              ******

**MEMORANDUM**

Michelle Haywood entered into a retail installment sales contract to purchase a motor vehicle. The contract was assigned to Ford Motor Credit Company ("FMCC"). Haywood defaulted on her monthly payment obligations, and FMCC repossessed the motor vehicle and sold it at an auction. It later mailed a post-sale notice to Haywood stating that a deficiency balance remained in the amount of $3,693.89.

On May 17, 2013, FMCC filed a law suit in the District Court of Maryland for Baltimore City and obtained a deficiency judgment in the amount $3,693.89. Haywood filed a notice of appeal, and the case was transferred to the Circuit Court of Maryland for Baltimore City. The Circuit Court found that FMCC failed to provide adequate post-sale notice of the repossession. Haywood prevailed, and the Circuit Court entered judgment in her favor. Thereafter, Haywood filed a class action in the Circuit Court of Maryland for Baltimore City. The action was removed to this court under the Class Action Fairness Act.

FMCC has filed a motion to compel arbitration. The motion will be granted. In opposing the motion Haywood argues that FMCC waived its right to proceed to arbitration by delaying in filing its request for arbitration. The argument is without merit. FMCC promptly filed its motion to compel arbitration in this action. It did, however, file a prior action for a deficiency

judgment in the District Court of Maryland and litigated the issue when Haywood appealed to

the Circuit Court for Baltimore City.  However, the record establishes that FMCC could not have

filed its action for a deficiency judgment before an arbitrator.  There are two arbitration

associations mentioned in the contract entered into by Haywood:  the National Arbitration Forum

and the American Arbitration Association.  The record establishes that neither of these

associations would have accepted a claim for arbitration filed by FMCC based on the deficiency.

Therefore, FMCC did not waive its right to arbitration by pursuing an action for deficiency

judgment in the Maryland state courts.

A separate order granting FMCC's motion ordering that this plaintiff's claim be referred

to arbitration and administratively closing this action is being entered herewith.

Date: 9/30/15

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2015 SEP 30 PM 3: 51
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED