UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 3, 2015

MEMO TO COUNSEL RE: Michelle Haywood v. Ford Motor Credit Co.
Civil No. JFM-14-1671

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to amend judgment or for reconsideration (document 52).

Plaintiff's motion will be granted. I agree with defendant that 9 U.S.C. §3 seems to suggest that a stay, rather than a dismissal, of the action is appropriate. However, because of the importance of the issue and because plaintiff's would be subjected to unnecessary expense in pursuing arbitration in the event that the Fourth Circuit agrees with plaintiff's position that I should not have granted defendant's motion to compel arbitration, I have concluded that the best course to follow is for the case to be placed in a posture that the Fourth Circuit can rule upon the issue.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge

