UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 19, 2017

MEMO TO COUNSEL RE: Michelle Haywood v. Ford Motor Credit Co.
Civil No. JFM-14-1671

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's second motion to remand.

Before ruling upon the motion, I think it would be advisable for me to hear your views concerning the effect of the Court of Appeals' decision in *Cain v. Midland Funding, LLC*. Accordingly, I ask you to submit simultaneous memos on this issue on or before July 7, 2017. You may submit simultaneous reply memoranda on or before July 18, 2017.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge