CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 25, 2017

MEMO TO COUNSEL RE: Michelle Haywood v. Ford Motor Credit Co.
Civil No. JFM-14-1671

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to amend judgment (document 84). The motion is denied. I am satisfied that I have subject matter jurisdiction as to all three of the claims asserted by plaintiff. The fact that I previously dismissed this action rather than staying it does not mean that I should do so again. I am likewise satisfied that Section 3 of the Federal Arbitration Act requires me to refer the case to arbitration and stay the action. *See Katz v. Cellco Partnership*, 794 F.3d 341, 347 (2d Cir. 2015); *Lloyd v. HOVENSA, LLC*, 369 F.3d 263 (3d Cir. 2014).

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge